**Leila P. BINDER, Plaintiff-Appellant,**

v.

**UNITED STATES of America; United States Department of the Army; Brenda F. Mosley; Katherine A. Babb; Kathy L. Harrington; Miguela T. Gutierrez; Michael S. Oshiki, Defendants-Appellees.**

No. 02–7803.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 12, 2003.

Leila P. Binder, Appellant Pro Se. Kent Pendleton Porter, Office of the United States Attorney, Norfolk, Virginia, for Appellees.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leila P. Binder appeals the district court's orders granting the Defendants' motion to dismiss her civil employment action; denying her Fed.R.Civ.P. 59(e) motion; and denying her second motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Binder v. United States*, No. CA–02–21 (E.D.Va. Sept. 27, 2002; Oct. 25, 2002; Nov. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*